NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: john.ellis3@usdoj.gov

JS-6

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ISMAEL MICHAEL PADILLA,<br>a.k.a. MIKE PADILLA<br><br>        Defendant. | No. 2:19-cv-08511-RGK-AFM<br><br>Order of Permanent Injunction |

On October 2, 2019, plaintiff United States of America (United States), on behalf of its agency, the Internal Revenue Service (IRS), filed a complaint for permanent injunction and other relief (complaint) under 26 U.S.C. § 7402, 7407, and 7408 against defendant Ismael Michael Padilla (Padilla), also known as Mike Padilla, individually and doing business as RMD Financial Services (RMD). Padilla consents to the entry, without further notice, of a permanent injunction granting the relief sought in the complaint.

//

//

It is accordingly **ORDERED AND DECREED** that:

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402(a), 7407, and 7408(a).

2. Pursuant to 26 U.S.C. §§ 7402, 7407, and 7408, Padilla, either individually or through RMD, and anyone in active concert or participation with him, are **PERMANENTLY ENJOINED**, directly or indirectly, or by use of any means or instrumentality, from:

A. acting as a federal tax return preparer or requesting, assisting in, or directing the preparation or filing of a federal tax return for any person or entity other than Padilla or his legal spouse;

B. representing in any capacity any person or organization whose tax liabilities are under IRS examination or investigation;

C. owning, managing, controlling, working for, profiting from, or volunteering for any business, entity, or organization engaged in tax return preparation or filing;

D. using, maintaining, renewing, obtaining, transferring, selling, or assigning any preparer tax identification number (PTIN) or electronic filing identification number (EFIN);

E. engaging in any activity subject to penalty under 26 U.S.C. §§ 6694, 6695, 6700, or 6701, including preparing or assisting in the preparation of a document relating to a matter material to the internal revenue laws that includes a position they know or should know would result in the understatement of another person's tax liability;

F. engaging in any other conduct that is subject to penalty under the Internal Revenue Code (Title 26, U.S.C.) or which interferes with the proper administration and enforcement of the internal revenue laws; and

G. obtaining, using, or retaining any other person's social security number (SSN), individual taxpayer identification number (ITIN), or any other federal tax identification number or federal tax return information in any way for any purpose without that person's express written consent.

**IT IS FURTHER ORDERED** that within 30 days of this order, Padilla will surrender, pursuant to 26 U.S.C. § 7402, all existing PTINs or EFINs registered in his or RMD's name or in any name used for any purpose by Padilla.

**IT IS FURTHER ORDERED** that the United States will be allowed full post-judgment discovery to monitor compliance with this injunction.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over this action for purposes of implementing and enforcing the final judgment and any additional orders necessary and appropriate to the public interest.

**IT IS SO ORDERED.**

Dated: December 9, 2019

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/ John D. Ellis
JOHN D. ELLIS
Assistant United States Attorney